

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| CHRISTOPHER WAGNER, | CV 13–80–GF–DWM–RKS |
| Petitioner, | |
| vs. | ORDER |
| MARTIN FRINK and the ATTORNEY GENERAL OF THE STATE OF MONTANA, | |
| Respondent. | |

This action was filed in the United States District Court for the District of Montana, Great Falls Division on September 17, 2013. Petitioner Christopher Wagner seeks a writ of *habeas corpus* under 28 U.S.C. § 2254. United States Magistrate Judge Keith Strong filed Findings and a Recommendation on October 15, 2013. Pursuant to 28 U.S.C. § 636(b)(1), objections to the Findings and Recommendation entered by Judge Strong were due by November 1, 2013. No objections were filed.

The Court reviews the findings and recommendation of a United States Magistrate Judge for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error is present only if the Court is left with a "definite and firm conviction that a mistake has been

committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

After a review of Judge Strong's Findings and Recommendation, I find no clear error. Petitioner's inmate trust account statement shows that he can afford to pay the $5.00 filing fee. His motion to proceed *in forma pauperis* is accordingly denied. Wagner's petition seeking a writ of *habeas corpus* is without merit and hereby dismissed. Petitioner seeks the writ because he was not given appointed counsel his petition for post-conviction relief before the state district court. There is no right to appointed counsel for collateral proceedings. *See Martinez v. Ryan*, ___ U.S. ___, 132 S. Ct. 1309, 1319-20 (2012). Furthermore this Court lacks jurisdiction over Wagner's petition because his claim does not challenge the his custody pursuant to a violation of "the Constitution or laws or treaties of the United States." *See* 28 U.S.C. § 2254(a).

Based on the foregoing, IT IS ORDERED that Judge Strong's Findings and Recommendations, (Doc. 4), are ADOPTED IN FULL. Petitioner's Motion to Proceed *In Forma Pauperis*, (Doc. 2), is DENIED.

IT IS FURTHER ORDERED that Wagner's Petition, (Doc. 1), is DISMISSED for lack of jurisdiction.

IT IS FURTHER ORDERED a certificate of appealability is DENIED.

IT IS FURTHER ORDERED that the Clerk of Court shall enter by a separate document judgment of dismissal and shall close this case.

DATED this 3rd day of November, 2013.

Donald W. Molloy, District Judge
United States District Court